1  Harriet S. Posner, Esq. (SBN 116097)
   hposner@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM, LLP
3  300 South Grand Avenue, Suite 3400
   Los Angeles, California  90071
4  Telephone:  213 687-5000
   Facsimile:  213 687-5600
5

6  Attorneys for Nominal Defendant
   Tenet Healthcare Corporation
7

8

9              UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11                 WESTERN DIVISION

12

13  In re TENET HEALTHCARE            )  CASE NO. CV-03-11 RSWL (RZx)
    CORPORATION DERIVATIVE            )
14  LITIGATION                        )  (Derivative Action)
                                      )
15  _____       )  STIPULATION AND [PROPOSED]
                                      )  ORDER FOR DISMISSAL WITH
16  This Document Relates To:         )  PREJUDICE
                                      )
17     ALL ACTIONS.                   )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1    WHEREAS, on January 12, 2006 the parties to a parallel derivative action then

2    pending in the Superior Court for Santa Barbara County, *In re Tenet Healthcare*

3    *Corporation Derivative Litigation*, Case No. 01098905 (the "State Derivative

4    Action") entered into a stipulation of settlement (the "State Court Settlement");

5    WHEREAS, on May 4, 2006 the Superior Court for Santa Barbara County

6    approved the State Court Settlement, which forever discharged, relinquished, and

7    released "any and all claims ... relating in any way to any allegations ... that have

8    been or could have been or could be asserted in any forum by any Plaintiff, Tenet, or

9    any Person derivatively on behalf of Tenet ... which arise out of or relate in any way

10    to any of the ... acts ... which were alleged in this Litigation [or] could have been

11    alleged in this Litigation..." (the "Release");

12    WHEREAS, defendants in this action indicated they intended to use the State

13    Court Settlement to seek dismissal of the underlying claims asserted in this action and

14    plaintiffs in this action indicated they intended to appeal the State Court Settlement to

15    seek attorneys' fees in the State Court Action;

16    WHEREAS, on July 5, 2006 this Court ordered discovery and motion practice

17    in this action suspended pending the final resolution and appellate review of the State

18    Derivative Action and Settlement;

19    WHEREAS, on July 6, 2006 Plaintiffs in this action noticed an appeal of the

20    State Court Settlement to the California Court of Appeals seeking attorneys' fees in

21    connection with the State Derivative Action (the "Appeal");

22    WHEREAS, after full briefing and oral argument on the Appeal, on September

23    20, 2007 the California Court of Appeal, Second Appellate Division, denied the

24    Appeal and affirmed the State Court Settlement;

25    WHEREAS, the time to petition the denial of the Appeal to the California

26    Supreme Court has expired and Plaintiffs have indicated they do not intend to seek

27    such a review; and

28

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1       WHEREAS, the Release in the State Court Settlement encompasses the claims

2 in this action.

3       NOW THEREFORE, it is STIPULATED, AGREED, AND ORDERED,

4 subject to approval of the Court, as follows:

5     1.    This action and all claims herein are hereby DISMISSED WITH

6 PREJUDICE.

7     2.    Plaintiffs and defendants shall each bear their own attorneys' fees and

8 costs incurred in connection with this action.

9

10 Dated: April 21, 2008         SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

11

12

13                        By:   /s/ Harriet S. Posner

                          Harriet S. Posner

14

15                       Attorneys for Tenet Healthcare

16 Dated: April 21, 2008         KIRKLAND & ELLIS LLP

17

18                        By:   _____ (w/ permission)

19                          Michael S. McCauley

20                       Attorneys for Michael Focht

21

22

23

24

25

26

27

28                               2

| | |
|---|---|
| 1 | |
| 2 | Dated: ~~March~~ **April 18**, 2008 | CHRISTENSEN GLASER FINK JACOBS WEIL & SHAPIRO |
| 3 | |
| 4 | By: _[signature] (w/ permission)_ |
| 5 | Patricia Glaser |
| | Terry Christensen |
| 6 | Sean Riley |
| 7 | |
| | Attorneys for Jeffrey C. Barbakow |
| 8 | |
| 9 | Dated: ~~March~~ **April 18**, 2008 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG |
| 10 | |
| 11 | |
| 12 | By: _[signature] (w/ permission)_ |
| 13 | Mark T. Drooks |
| 14 | |
| 15 | Dated: ~~March~~ **April 18**, 2008 | Attorneys for Thomas B. Mackey |

Dated: ~~March~~ **April 18**, 2008

CHRISTENSEN GLASER FINK JACOBS WEIL
& SHAPIRO

By: _[signature] (w/ permission)_
Patricia Glaser
Terry Christensen
Sean Riley

Attorneys for Jeffrey C. Barbakow

Dated: ~~March~~ **April 18**, 2008

BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS & LINCENBERG

By: _[signature] (w/ permission)_
Mark T. Drooks

Attorneys for Thomas B. Mackey

Dated: ~~March~~ **April 18**, 2008

ARNOLD & PORTER LLP

By: _[signature] (w/ permission)_
Matthew Heartney

Attorneys for Bernice Bratter, Sanford
Cloud, Maurice DeWald, Van Honeycutt,
Robert Kerrey, and Lester B. Korn

Dated: March    , 2008

THE BRUALDI LAW FIRM

By: _____
Richard B. Brualdi

Attorneys for Plaintiffs

3

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Dated: March   , 2008

CHRISTENSEN GLASER FINK JACOBS WEIL
& SHAPIRO

By: _____
    Patricia Glaser
    Terry Christensen
    Sean Riley

Attorneys for Jeffrey C. Barbakow

Dated: March   , 2008

BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS & LINCENBERG

By: _____
    Mark T. Drooks

Attorneys for Thomas B. Mackey

Dated: March   , 2008

ARNOLD & PORTER LLP

By: _____
    Matthew Heartney

Attorneys for Bernice Bratter, Sanford
Cloud, Maurice DeWald, Van Honeycutt,
Robert Kerrey, and Lester B. Korn

Dated: ~~March~~ April 7 , 2008

THE BRUALDI LAW FIRM

By: _____
    Richard B. Brualdi

Attorneys for Plaintiffs

3

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1
2
3
4
5   Dated: ~~March~~ April 18, 2008          BEALL & BURKHARDT
6
7                                    By: _____
8                                          Eric W. Burkhardt
9                                       Attorneys for Plaintiffs
10
11  Dated: March   , 2008          ABRAHAM, FRUCHTER & TWERSKY, LLP
12
13                                   By: _____
14                                         Jeffrey S. Abraham
15                                      Attorneys for Plaintiffs
16  Dated: March 21, 2008          CAULEY BOWMAN CARNEY & WILLIAMS,
17                                 PLLC
18                                   By: _____
19                                         Marcus Neil Bozeman
20                                      Attorneys for Plaintiffs
21
22  Dated: March   , 2008          GIBSON DUNN & CRUTCHER LLP
23
24                                   By: _____
25                                         Daniel S. Floyd
26                                      Attorneys for Raymond L. Mathiasen and
                                         Christi R. Sulzbach
27
28                                          4

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Dated: March  , 2008              BEALL & BURKHARDT

By: _____
          Eric W. Burkhardt

          Attorneys for Plaintiffs

Dated: March  , 2008              ABRAHAM, FRUCHTER & TWERSKY, LLP

By: _____
          Jeffrey S. Abraham

          Attorneys for Plaintiffs

Dated: March 21, 2008           CAULEY BOWMAN CARNEY & WILLIAMS, PLLC

By: _____
          Marcus Neil Bozeman

          Attorneys for Plaintiffs

Dated: March  , 2008              GIBSON DUNN & CRUTCHER LLP

By: _____
          Daniel S. Floyd

          Attorneys for Raymond L. Mathiasen and Christi R. Sulzbach

·4

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1
2
3
4
5    Dated: March   , 2008                 BEALL & BURKHARDT
6
7                                          By: _____
8                                               Eric W. Burkhardt
9                                          Attorneys for Plaintiffs
10
11   Dated: March   , 2008                 ABRAHAM, FRUCHTER & TWERSKY, LLP
12
13                                         By: _____
                                                Jeffrey S. Abraham
14
15                                         Attorneys for Plaintiffs
16   Dated: March 21, 2008                 CAULEY BOWMAN CARNEY & WILLIAMS,
17                                          PLLC
18                                         By: _____
19                                              Marcus Neil Bozeman
20                                         Attorneys for Plaintiffs
21
22   Dated: ~~March~~ April 18, 2008        GIBSON DUNN & CRUTCHER LLP
23
24                                         By: _____ (w/permission)
25                                              Daniel S. Floyd
26                                         Attorneys for Raymond L. Mathiasen and
27                                         Christi R. Sulzbach
28                                                   4

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

## PROOF OF SERVICE

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Skadden, Arps, Slate, Meagher & Flom, LLP, 300 S. Grand Ave., Los Angeles, CA  90071.

     On April 21, 2008, I served the foregoing document(s) described as:

## STIPULATION FOR DISMISSAL WITH PREJUDICE

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as set forth on the attached service list:

     ☒    **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth herein.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

     ☐    **[Personal Service]** I caused these document(s) to be personally served in such envelope by hand to the person at the address set forth below in the attached service list:

     ☐    **[Facsimile]** By transmitting via facsimile, the document(s) listed above to the fax number(s) set forth herein on this date.  I am aware that service is presumed invalid unless the transmission machine properly issues a transmission report stating the transmission is complete and without error.

     ☐    **[Federal Express]** By placing the document(s) listed above in a sealed overnight courier enveloped as set forth herein and routing the envelope for pick up within Kirkland & Ellis LLP by Federal Express.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

     ☒    **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed April 21, 2008, at Los Angeles, California.

                          /s/  Harriet S. Posner
                            Harriet S. Posner

1

**PROOF OF SERVICE**

## Service/Mailing list

**Richard B. Brualdi, Esq.**
Kevin T. O'Brien, Esq.
**THE BRUALDI LAW FIRM**
29 Broadway, Suite 2400
New York, New York  10006
Telephone:  212 952-0602
Facsimile:    212 952-0608

*Attorneys for Plaintiffs*

**Jeffrey S. Abraham, Esq.**
Samuel R. Simon, Esq.
**ABRAHAM, FRUCHTER &**
   **TWERSKY, LLP**
One Penn Plaza, Suite 1910
New York, New York  10119
Telephone:  212 714-2444
Facsimile:  212 279-3655

*Attorneys for Plaintiffs*

**Daniel S. Floyd, Esq.**
Michael Dore, Esq.
**GIBSON DUNN & CRUTCHER**
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone:  213-229-7000

*Attorneys for Christi Sulzbach, Raymond Mathiasen*

**Eric W. Burkhardt, Esq.**
**BEALL & BURKHARDT**
1114 State Street, Suite 200
Santa Barbara, California  91301
Telephone:  805 966-6774
Facsimile:    805 963-5988

*Attorney for Plaintiffs*

Ronald J. Nessim Esq.
**Mark T. Drooks, Esq.**
Karis Ann.Yu Chi, Esq.
Benjamin N. Gluck, Esq.
**BIRD, MARELLA, BOXER,**
   **WOLPERT, NESSIM, DROOKS &**
   **LINCENBERG, PC**
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone:  310 201-2100
Facsimile:    310 201-2110

*Attorneys for Defendant Thomas B. Mackey*

**Terry Christensen, Esq.**
**Patricia Glaser, Esq.**
**Sean Riley, Esq.**
Stephen Y. Ma, Esq.
William A. Wright, Esq.
**CHRISTENSEN, GLASER, FINK,**
   **JACOBS, WEIL & SHAPIRO LLP**
10250 Constellation Boulevard, 19th Floor
Los Angeles, California  90067
Telephone:  310 553-3000
Facsimile:    310 556-2920

*Attorneys for Defendant Jeffrey Barbakow*

2
PROOF OF SERVICE

1
John J. Quinn, Esq.
**Matthew T. Heartney, Esq.**
Kurt Fritz, Esq.

2
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor

3
Los Angeles, California  90017
Telephone:  213 243-4000

4
Facsimile:    213 243-4199

5
*Attorneys for Defendants: Bernice Bratter,*
*Sanford Cloud, Maurice DeWald, Van*

6
*Honeycutt, J. Robert Kerrey, Lester Korn*

7
**Marcus Neil Bozeman, Es**
**CAULEY BOWMAN CARNEY &**

8
**WILLIAMS, PLLC**
11001 Executive Ctr Dr, Ste 200

9
Little Rock, AR  72211
Telephone:  501-312-8500

10

11
*Attorneys for Plaintiffs*

**Jeffrey Davidson, Esq.**
**Michael McCauley, Esq.**
KIRKLAND & ELLIS LLP
777 S. Figueroa St., 37th Floor
Los Angeles, CA  90017
Telephone:  213-680-8403

*Attorneys for Michael Focht*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
PROOF OF SERVICE